IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Holliman-Walker, Patrice T | Case Number: 07 B 00952 |
| | Judge: Hollis, Pamela S |
| Printed: 10/29/08 | Filed: 1/19/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: September 15, 2008
Confirmed: April 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 11,463.60 | |
| Secured: | | 8,825.30 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 638.30 |
| Other Funds: | | 0.00 |
| Totals: | 11,463.60 | 11,463.60 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,000.00 | 2,000.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Heritage Acceptance Corp | Secured | 1,439.15 | 1,439.15 |
| 4. | CitiMortgage Inc | Secured | 29,601.40 | 7,386.15 |
| 5. | Internal Revenue Service | Priority | 967.69 | 0.00 |
| 6. | ECast Settlement Corp | Unsecured | 54.92 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 524.81 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 41.79 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 551.43 | 0.00 |
| 10. | Sallie Mae | Unsecured | 1,321.62 | 0.00 |
| 11. | AT&T Wireless | Unsecured | 94.04 | 0.00 |
| 12. | Nicor Gas | Unsecured | 68.86 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 24.83 | 0.00 |
| 14. | Collection Company Of America | Unsecured | | No Claim Filed |
| 15. | Discover Financial Services | Unsecured | | No Claim Filed |
| 16. | Mutual Collection/St James | Unsecured | | No Claim Filed |
| 17. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 18. | LVNV Funding | Unsecured | | No Claim Filed |
| 19. | Cbe Group | Unsecured | | No Claim Filed |
| 20. | Harris & Harris | Unsecured | | No Claim Filed |
| 21. | Mutual Collection/St James | Unsecured | | No Claim Filed |
| 22. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 23. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 24. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 25. | Sherman Acquisition | Unsecured | | No Claim Filed |
| 26. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Holliman-Walker, Patrice T | Case Number: 07 B 00952 |
| --- | --- | --- |
| | | Judge: Hollis, Pamela S |
| | Printed: 10/29/08 | Filed: 1/19/07 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
| --- | --- | --- | --- | --- |
| 27. | Northwestern Medical Faculty | Unsecured | | No Claim Filed |
| 28. | Mutual Hospital Services/Alverno | Unsecured | | No Claim Filed |
| 29. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| | | | $ 36,690.54 | $ 10,825.30 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | --- |
| 4.8% | 12.36 |
| 5.4% | 503.04 |
| 6.5% | 122.90 |
| | $ 638.30 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

